

# Fourth Court of Appeals
## San Antonio, Texas

November 28, 2018

No. 04-17-00596-CV

**REGENT CARE CENTER OF SAN ANTONIO, L.P.,**
Appellant

v.

Robert H. **DETRICK** and Carolyn Dart Detrick,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-19462
Honorable Richard Price, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Motion for Rehearing is hereby GRANTED. Time is extended to December 11, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court